UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENE M. MINER, | ) |
| Plaintiff, | ) |
| v. | ) NO. CV-07-3069-CI |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment dismissal is **DENIED**. Judgment is entered for Plaintiff.

DATED this 4th day of August, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk